IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br>DAVID THOMAS,<br>    Petitioner.<br>_____ | Nos.   C 12-1285 JSW (PR)<br><br>**ORDER OF DISMISSAL** |

       This case was opened on March 14, 2012, on the basis of a letter by Petitioner to the Clerk of Court stating that he is developmentally disabled and asking for an attorney to represent him in a habeas proceeding. Petitioner was notified by the Clerk that he needed to file a habeas petition in order for his case to proceed. Petitioner did not respond to the notice. Rather, the Court received two letters, one from an unidentified person and one from a man named Josh Kaplan, who does not describe his relation to Petitioner or to the case. Both letters state that Petitioner did not intend to open a case, that he is disabled, and that he needs an attorney to represent him in a habeas proceeding.

       The proper avenue for Petitioner to seek an attorney is to contact the local bar association or the relevant public defender's office, not the Clerk of the Court. Although the Court can appoint counsel in some cases that are pending before the Court, the Court cannot appoint counsel when there is no case or controversy before it. *See Valley Forge Christian College v. Americans United for Separation of Church and State, Inc.*, 454 U.S. 464, 471 (1982) (Article III, Section 2 of the United States Constitution restricts

1 adjudication in federal courts to "Cases" and "Controversies"). There is presently no
2 case or controversy before the Court because Petitioner has not filed a petition or
3 complaint identifying an opposing party, claims, or other basic matters indicating that the
4 Court has jurisdiction.

5      As it does not appear that Petitioner intended to open a new case, this case is
6 DISMISSED and the Clerk shall enter judgment and close the file.

7      IT IS SO ORDERED.

8 DATED: April 26, 2012

9 JEFFREY S. WHITE
United States District Judge

| | |
|---|---|
| 1 | UNITED STATES DISTRICT COURT |
| 2 | FOR THE |
| 3 | NORTHERN DISTRICT OF CALIFORNIA |

| | | |
|---|---|---|
| 5 | | |
| 6 | DAVID THOMAS, | Case Number: CV12-01285 JSW |
| 7 | Plaintiff, | **CERTIFICATE OF SERVICE** |
| 8 | v. | |
| 9 | // et al, | |
| 10 | Defendant.                                    / | |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on April 26, 2012, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

David Thomas K-68284
California Medical Facility
I-215
P.O. Box 2000
Vacaville, CA 95696-2000

Dated: April 26, 2012

*Jennifer Ottolini*
Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk